IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMON GARCIA,

      Petitioner,             No. 2:09-cv-1166 KJN P

    vs.

MIKE McDONALD,

      Respondent.        ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's May 4, 2010 motion to dismiss should not be granted.

DATED: June 8, 2010

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

gar1166.osc

1